IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GFI WISCONSIN, INC.,
f/k/a GREDE FOUNDRIES, INC.,

              Appellant,

v.

REEDSBURG UTILITY COMMISSION,

              Appellee.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-58-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the decision of the United States Bankruptcy Court for the Western District of Wisconsin allowing appellee Reedsburg Utility Commission to include as new value for the purpose of 11 U.S.C. § 547(c)(4) the value of the electricity it provided to appellant GFI Wisconsin, Inc. in the 20 days prior to the filing of appellant's bankruptcy petition, and for which appellee will receive administrative priority under 11 U.S.C. § 503(b)(9), is overruled, and to that extent, the bankruptcy court's decision dismissing appellant's adversary proceeding against appellee for recovery of preferential transfers is reversed.

_____          _5/12/11_
Peter Oppeneer, Clerk of Court                                      Date